UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE D. PRATER, | No. 2:17-cv-01079-MCE-CKD (PS) |
| Plaintiff, | |
| v. | ORDER |
| MEDLINE, et al., | |
| Defendant. | |

      Plaintiff is proceeding pro se. Plaintiff has filed an in forma pauperis affidavit in which she states that her gross wages are $1640.00 every two weeks, i.e., $42,640 annually.[1] (ECF No. 2.) According to the United States Department of Health and Human Services, the poverty guideline for a household of 1 person not residing in Alaska or Hawaii is $12,060.00 for 2017. See https://aspe.hhs.gov/poverty-guidelines. Thus, plaintiff's gross household income is in excess of 350% of the 2017 poverty guideline.

      Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes

---

[1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(21).

1

affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a). The amount of plaintiff's income shows that plaintiff is able to pay the filing fee and costs. Thus, plaintiff has made an inadequate showing of indigency. See <u>Alexander v. Carson Adult High Sch.</u>, 9 F.3d 1448 (9th Cir. 1993); <u>California Men's Colony v. Rowland</u>, 939 F.2d 854, 858 (9th Cir. 1991); <u>Stehouwer v. Hennessey</u>, 841 F. Supp. 316, (N.D. Cal. 1994).

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted fourteen days in which to submit the appropriate fees to the Clerk of the Court. Plaintiff is cautioned that failure to pay the filing and general administrative fees in the amount of $400 will result in a recommendation that the application to proceed in forma pauperis be denied and the instant action be dismissed without prejudice.

Dated: August 24, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

14/ps.17-1079.prater.ifp.den

2